IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MYRON T. SMITH                                          PLAINTIFF

v.                Case No. 1:10-cv-91-DPM-JTK

JARED BRANSCOMB;
BOB BARNETT; and RHONDA DOW            DEFENDANTS

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommended Partial Disposition — to which Myron Smith has not objected. Seeing no clear error of fact on the record as a whole, FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes), or legal error, the Court adopts Magistrate Judge Kearney's decision as its own. *Document No. 14*. Defendant Barnett is dismissed from the case without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    So Ordered.

                                             */s/ D.P. Marshall Jr.*
                                             D.P. Marshall Jr.
                                             United States District Judge

                                             22 February 2011