**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MYRON T. SMITH                                                                                    PLAINTIFF

v.                                           1:10-cv-00091-DPM-JTK

JARED BRANSCOMB, et al.                                                                DEFENDANTS

## ORDER

    This Court directed issuance of summons and service of Plaintiff's Amended Complaint on Defendants Branscomb and Dow by Order dated January 28, 2011 (Doc. No. 16). Summons was returned, unexecuted, with respect to Defendants on February 15, 2011 (Doc. Nos. 19, 20).

    Plaintiff is hereby directed to provide a last-known or new address for Defendants within 15 days of the date of this Order. Failure to respond to this Order may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

    IT IS SO ORDERED this 24th day of February, 2011.

                                                  JEROME T. KEARNEY
                                                UNITED STATES MAGISTRATE JUDGE