IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MYRON T. SMITH                                                                    PLAINTIFF

v.                              No. 1:10-cv-91-DPM

JARED BRANSCOMB, Guard, Independence
County Detention Center; and RHONDA DOWELL,
Lieutenant, Independence County Detention Center         DEFENDANTS

ORDER

Smith has not objected to Magistrate Judge Jerome T. Kearney's recommendation that this Court grant Defendants' motion for judgment on the pleadings. The Court finds no legal error or clear factual error in that recommendation. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).

Proposed Findings and Recommendations, *Document No. 61*, adopted in substance. Motion for judgment as a matter of law, *Document No. 55*, granted. Smith's complaint is dismissed with prejudice. Motion to appoint counsel, *Document No. 63*, denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 March 2012