IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MYRON T. SMITH**                                                                 **PLAINTIFF**

v.                               No. 1:10-cv-91-DPM

**JARED BRANSCOMB, Guard, Independence
County Detention Center; BOB BARNETT, Nurse,
Independence County Detention Center; and
RHONDA DOWELL, Lieutenant, Independence
County Detention Center**                                                **DEFENDANTS**

## JUDGMENT

Smith's complaint is dismissed with prejudice.

                                                                                     _____
                                                                                     D.P. Marshall Jr.
                                                                                     United States District Judge

                                                                                     14 March 2012